# COMPLAINT
(for filers who are prisoners without lawyers)

CLERK USDC EDWI
FILED
2023 DEC 11 P 2:33

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff)

Daniel R. Petty

v.

(Full name of defendant(s))

Doctor Doe

Nurse Lory Doe

Nurse June Doe

Case Number:

**23-C-1660**

(to be supplied by Clerk of Court)

## A. PARTIES

1. Plaintiff is a citizen of Wisconsin, and is located at
   (State)
   Stanley Correctional Institution
   100 Corrections Dr. Stanley, WI. 54768
   (Address of prison or jail)

2. Defendant Doctor Doe
   (Name)
   is (if a person or private corporation) a citizen of Wisconsin
   (State, if known)
   and (if a person) resides at 949 N. 9th St. Milwaukee, WI 53233
   (Address, if known)

Complaint – 1

Defendants.

Nurse Lory Doe
Milwaukee County Corrections Health Care
949 N. 9th St.
Milwaukee, WI. 53233

Nurse Jane Doe
Milwaukee County Corrections Health Care
949 N. 9th St.
Milwaukee, WI 53233

and (if the defendant harmed you while doing the defendant's job)

worked for Milwaukee County Corr. Health Care _____
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.   STATEMENT OF CLAIM

   On the space provided on the following pages, tell:
   1.   Who violated your rights;
   2.   What each defendant did;
   3.   When they did it;
   4.   Where it happened; and
   5.   Why they did it, if you know.

On April 11, 2022 I arrived at Milwaukee County Jail. While in my cell I was called to give blood. A week after blood was given, Nurse Lory Doe came to my door at my cell and told me I was pre diabetic. Doctor Doe prescribed me a medication called Metfortin. 1000 mg which is a diabetic II medication. Prior to my arrest, I had a full check up by my personal doctors, and was told that I was okay and that the only thing wrong was my high cholesterol. Without my knowledge, the medical staff

started giving Metforfin for about 4 1/2 weeks. One morning while getting my medication I noticed a big pill and asked Nurse Doe what that pill was. She told me Metforfin, and explained that it was a diabetic medication. I told her that I was not pre-diabetic, and stopped taking it. Nurse Lory Doe, and Doctor Doe misdiagnosed me, and gave me the wrong medication.

As time continued I told medical staff that I had appointments with doctors that needed to be met. (See Exhibit A-E)
On 8-5-22 I wrote to Medical explaining that I had an appointment at Aurora Family Medicine on August 11, 2022 at 8:45 AM, and was told I had no appointment for that day.
On August 23, 2022. I had an appointment at 10 A.M. with Orthopedic Dr. Singhal which was told to me by Nurse Lory Doe.

16 days later on Sept 9, 2022 I wrote to Medical and asked why was that appointment missed. I was told. MRI and ortho appointments is denied, continue to work with c.p.t. I can not understand the Nurses signature on the paper included.

The medical staff, Doctor Doe, and NP Jane Doe, as well as Nurse Lory Doe showed an indifference to a serious medical need. I have several medical problems. They are:

Chronic Left Hip pain
Cervical Spinal Stenosis
Injury to left rotor cuff.
Numbness to entire left side fingers, toes, and back.
Vertigo.
Migraine headaches.

The action of these individuals violated my eighth amendment right.

C.  JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$_____.

D.  RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

For the deliberate indifference to a serious medical need, and for the denial of medical assistance, I would like $30 Million dollars. Taking Metforfin while not being a diabetic could have killed me.

E.  JURY DEMAND

I want a jury to hear my case.

☒ – YES        ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __18__ day of __November__ 20_23_

Respectfully Submitted,

_M. Daniel R. Pell_
Signature of Plaintiff

_283237_
Plaintiff's Prisoner ID Number

_100 Corrections Drive_
_Stanley WI 54768-5000_
(Mailing Address of Plaintiff)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE**

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.