# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

DANIEL R. PETTY,
    Plaintiff,

    v.                                                       CASE NUMBER: 24-cv-1660

DR. DOE, et al.,
    Defendant.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED WITHOUT PREJUDICE**.

| | |
|---|---|
| 12/20/2024 | Gina M. Colletti |
| Date | Clerk |
| | /s/ Alexis H. |
| | (By) Deputy Clerk |